IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES * | |
| * | |
| v.   * | Case No. 21-cr-046-TDC |
| * | |
| REYNOLD BRANDON MASON * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE TO FILE SENTENCING MEMORANDUM**

The Defendant, Reynold Mason, by and through his attorney, John M. McKenna, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court extend the deadline for the filing of the Defendant's sentencing memorandum to December 29, 2022. In support of this motion, counsel states as follows:

1. On July 12, 2022, Mr. Mason entered a plea of guilty in this case. (Plea Agreement, ECF No. 77.) The Government filed its sentencing memorandum on November 18, 2022. (ECF No. 106.)

2. On December 16, 2022, this Court entered an Order continuing the sentencing hearing in this case to January 9, 2023. (Order, ECF No. 120.)

3. Under this Court's form sentencing order, sentencing memoranda are due to be filed no later than 14 days before a sentencing hearing. Accordingly, Mr. Mason's sentencing memorandum is due today, December 26, 2022.

1

4.	Given the holidays, Mr. Mason respectfully requests a short extension of the deadline to file his sentencing memorandum through and including December 29, 2022. Undersigned counsel has conferred with AUSA Kelly Hayes, who does not object to this request.

5.	For these reasons, Mr. Mason respectfully requests that this Court extend the current sentencing memoranda deadline through December 29, 2022.

<div style="margin-left:50%">

Respectfully submitted,

/s/

_____
John M. McKenna
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
jmckenna@brennanmckenna.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 26, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

<div style="margin-left:50%">

/s/

_____
Michael E. Lawlor

</div>